No. 79–1886. CALIFORNIA *v.* LEVEL. Ct. App. Cal., 2d App. Dist. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded to the Court of Appeal to consider whether its judgment is based upon federal or state constitutional grounds, or both. See *California* v. *Krivda,* 409 U. S. 33 (1972).

No. 80–74. TAPIA-ACUNA *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of the position presently asserted by the Solicitor General in his brief filed October 3, 1980. THE CHIEF JUSTICE, JUSTICE WHITE, and JUSTICE REHNQUIST dissent and would deny the petition for writ of certiorari.

No. 80–274. CALIFORNIA *v.* SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA (ENGERT ET AL., REAL PARTIES IN INTEREST). Ct. App. Cal., 1st App. Dist. Motion of respondents Engert and Gamble for leave to proceed *in formā pauperis* and certiorari granted. Judgment vacated and case remanded to the Court of Appeal to consider whether its judgment is based upon federal or state constitutional grounds, or both. See *California* v. *Krivda,* 409 U. S. 33 (1972). JUSTICE BRENNAN, JUSTICE STEWART, and JUSTICE STEVENS dissent.

No. 80–5132. C. P. *v.* DISTRICT OF COLUMBIA. Ct. App. D. C. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Rhode Island* v. *Innis,* 446 U. S. 291 (1980).